1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12   **R.A., a minor, by and through his**        Case ED CV14-00077- ODW (PJWx)
     **guardian ad litem Adrianne Penrose,**
13   **individually and as a successor in**        **ORDER ON APPLICATION TO**
     **interest to John Armes, deceased, and**    **FILE CELL PHONE RECORDS**
14   **ADRIANNE PENROSE, individually,**           **UNDER SEAL**

15                              Plaintiffs,

16        **v.**

17   **COUNTY OF RIVERSIDE, et al.,**

18                              Defendants.

19

20        Defendant has requested permission to file documents under seal, pursuant to

21   Central District Local Rule 79-5 and the Court's order in this case. With good cause

22   showing, permission is granted.  The Court orders that the documents submitted by

23   Defendant be sealed, along with the application for permission to file documents

24   under seal, and this order granting the application.

25        IT IS SO ORDERED.

26

27   Dated:  _November 17, 2015___     _____

28                                      The Honorable Otis D. Wright, II

1