JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **R.A., a minor, by and through his guardian ad litem Adrianne Penrose, individually and as a successor in interest to John Armes, deceased, and ADRIANNE PENROSE, individually,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**COUNTY OF RIVERSIDE, et al.,**<br><br>Defendants. | Case No. CV14-00077 ODW (PJWx)<br><br>**[PROPOSED] ORDER** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party shall bear it's own costs and fees not stated in the settlement agreement.

**IT IS SO ORDERED.**

Dated:   September 26, 2016

The Honorable Otis D. Wright, II

# CERTIFICATE OF SERVICE

Case Name:    **R.A., a minor, by and through his guardian ad litem Adrianne Penrose, individually and as a successor in interest to John Armes, deceased, and ADRIANNE PENROSE, individually, v. County of Riverside, et al.**      No.    **CV14-00077 ODW (PJWx)**

I hereby certify that on <u>September 23, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 23, 2016</u>, at Los Angeles, California.

| Rosa Macias | /s/ Rosa Macias |
|:---:|:---:|
| Declarant | Signature |

LA2014614270
62126145.doc